IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY C. BAILEY, #133390, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:13-CV-609-WKW |
| | ) |
| LT. LARRY PEAVY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 27, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that the case is DISMISSED without prejudice for Mr. Bailey's failure to comply with court orders and to prosecute this action.

A separate final judgment will be entered.

DONE this 18th day of February, 2014.

                                             /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE